IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| R VENTURES I, LLC, A NEVADA SERIES LIMITED LIABILITY COMPANY OF THE CONTAINER R VENTURES, LLC UNDER NRS 86.296, Appellant, vs. WELLS FARGO BANK, N.A., A NATIONAL ASSOCIATION, Respondent. | No. 69374 |

FILED

APR 14 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Yuurly
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a post-judgment order denying a request for attorney fees. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

The district court denied appellant's request for attorney fees, reasoning that a third-party purchaser's quiet title action is not an action brought under NRS 116.3116. We agree. *MGM Mirage v. Nev. Ins. Guar. Ass'n*, 125 Nev. 223, 226, 209 P.3d 766, 768 (2009) ("The construction of a statute is a question of law, which we review de novo."). Although appellant's quiet title and declaratory relief action may have relied on NRS 116.3116's superpriority lien provision, NRS 116.3116 did not authorize appellant's action, meaning the action necessarily was not brought under that statute. *See Pursuant To, Black's Law Dictionary* (10th ed. 2014) (equating "pursuant to" with "[a]s authorized by" or "under"). Rather, appellant's action was brought under NRS 30.010 *et seq.*

17-12357

and NRS 40.010, Nevada's statutes authorizing declaratory relief and quiet title actions.[1] We therefore

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Valerie Adair, District Judge
Cooper Coons Ltd.
Snell & Wilmer LLP/Salt Lake City
Snell & Wilmer, LLP/Tucson
Snell & Wilmer, LLP/Las Vegas
Eighth District Court Clerk

---

[1]To the extent appellant suggests that "brought under" is synonymous with "relating to," appellant has cited to no authority for that proposition. *Edwards v. Emperor's Garden Rest.*, 122 Nev. 317, 330, n.38, 130 P.3d 1280, 1288 n.38 (2006) (noting that it is a party's responsibility to present cogent arguments supported by relevant authority).